Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant Garrison Property and Casualty Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **HEATHER RINGO,** an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, a foreign corporation, DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants, | Case No.: 2:24-cv-00013-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Heather Ringo ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to file its response to Plaintiff's Second Amended Complaint, from February 15, 2024 to February 20, 2024. The Parties agreed to this brief (2 business day) extension as a professional courtesy to defense counsel. This is the parties' first stipulation to extend Defendant's time to file its response.

This request is made in good faith and not for the purpose of delay.

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

DATED this 15th day of February, 2024.

**SPENCER FANE, LLP**

/s/ *Mary Bacon*
Mary E. Bacon, Esq. (Nevada Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
300 South Fourth Street, Suite 950
Las Vegas, Nevada  89101
*Attorneys for Defendant USAA Casualty Insurance Company*

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

/s/ *Sarah DiSalvo*
Sarah DiSalvo, Esq.
2250 Corporate Circle Suite 390
Henderson NV 89074
Office (702) 434-8282
Fax (702) 434-1488
Sarah@cmtrialattorneys.com
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 15, 2024

2
STIPULATION AND ORDER TO CONTINUE TIME TO FILE RESPONSE