| | |
|---|---|
| 1 | Mary E. Bacon, Esq. (NV Bar No. 12686) |
| 2 | Jessica E. Chong, Esq. (NV Bar No. 13845) |
|   | **SPENCER FANE LLP** |
| 3 | 300 S. Fourth Street, Suite 1600 |
|   | Las Vegas, Nevada 89101 |
| 4 | Telephone: 702.408.3400 |
|   | Facsimile: 702.938.8648 |
| 5 | Email: mbacon@spencerfane.com |
|   |          jchong@spencerfane.com |
| 6 | *Attorneys for Garrison Property* |
|   | *and Casualty Insurance Company* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **HEATHER RINGO,** an individual | Case No.: 2:24-cv-00013-JAD-EJY |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SEVENTH SUPPLEMNTAL F.R.C.P. 26(a)(1) DISCLOSURES** |
| **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, a foreign corporation, DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | |
| | **(FIRST REQUEST)** |
| Defendants. | |

Defendant, Garrison Property and Casualty Insurance Company ("Garrison" or "Defendant") and Plaintiff Heather Ringo ("Ringo" or "Plaintiff and together with Garrison collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for Garrison to file a response to Plaintiff's Motion to Strike Defendant's Seventh Supplemental F.R.C.P. 26(a)(1) Disclosures (ECF No. 42) from March 20, 2025 to April 3, 2025.

///

///

This extension is not intended for purposes of delay. Rather, Defendant's counsel was out of the country when the Motion was filed, and Plaintiff's counsel has agreed to extend the deadline as a professional courtesy.

DATED this 19th day of March, 2025.

| **SPENCER FANE, LLP** | **CHRISTIAN MORRIS TRIAL ATTORNEYS** |
|---|---|
| /s/ Mary E. Bacon<br>Mary E. Bacon, Esq. (NV Bar No. 12686)<br>Jessica E. Chong, Esq. (NV Bar No. 13845)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant USAA Casualty Insurance Company* | /s/ Sarah DiSalvo<br>Christian M. Morris, Esq. (NV Bar No. 11218)<br>Sarah DiSalvo, Esq. (NV Bar No. 16398)<br>2250 Corporate Circle Suite 390<br>Henderson NV 89074<br>*Attorney for Plaintiff* |

## ORDER

IT IS SO ORDERED this 19th day of March 2025.

_____
DISTRICT COURT JUDGE