Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Garrison Property
and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **HEATHER RINGO,** an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, a foreign corporation, DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00013-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SEVENTH SUPPLEMNTAL F.R.C.P. 26(a)(1) DISCLOSURES**<br><br>**(SECOND REQUEST)** |

Defendant, Garrison Property and Casualty Insurance Company ("Garrison" or "Defendant") and Plaintiff Heather Ringo ("Ringo" or "Plaintiff and together with Garrison collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for Garrison to file a response to Plaintiff's Motion to Strike Defendant's Seventh Supplemental F.R.C.P. 26(a)(1) Disclosures (ECF No. 42) from April 3, 2025 to April 7, 2025.

///

///

This extension is not intended for purposes of delay. Rather, Defendant's counsel lost an associate and is in the position of completing work initially assigned to him and will be working through the weekend to complete it.

DATED this 3rd day of April, 2025.

| SPENCER FANE, LLP | CHRISTIAN MORRIS TRIAL ATTORNEYS |
|---|---|
| /s/ Mary E. Bacon<br>Mary E. Bacon, Esq. (NV Bar No. 12686)<br>Jessica E. Chong, Esq. (NV Bar No. 13845)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant USAA Casualty Insurance Company* | /s/ Sarah DiSalvo<br>Christian M. Morris, Esq. (NV Bar No. 11218)<br>Sarah DiSalvo, Esq. (NV Bar No. 16398)<br>2250 Corporate Circle Suite 390<br>Henderson NV 89074<br>*Attorney for Plaintiff* |

## ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: April 3, 2025