```
 1  Mary E. Bacon, Esq. (NV Bar No. 12686)
    Jessica E. Chong, Esq. (NV Bar No. 13845)
 2  SPENCER FANE LLP
    300 S. Fourth Street, Suite 1600
 3  Las Vegas, Nevada 89101
    Telephone: 702.408.3400
 4  Facsimile: 702.938.8648
    Email: mbacon@spencerfane.com
 5         jchong@spencerfane.com

 6  Attorneys for Garrison Property
    and Casualty Insurance Company
 7
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **HEATHER RINGO,** an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, a foreign corporation, DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00013-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY BY DEADLINES BY 5 DAYS ONLY**<br><br>**(Fifth Requeest)** |

Defendant, Garrison Property and Casualty Insurance Company ("Garrison" or "Defendant") and Plaintiff Heather Ringo ("Ringo" or "Plaintiff and together with Garrison collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the expert discovery deadlines by 5 days.

The current initial expert disclosure deadline is Wednesday, June 4, 2025. This stipulation agrees to extend the deadline to Monday, June 9 as a professional courtesy to Defendant's experts. This current expert rebuttal deadline is currently July 2, 2025. The stipulation also seeks to move this deadline by 5 days, to July 7, 2025, to give experts the same amount of time they would usually be entitled to for rebuttal reports (approximately 30 days). This stipulation does not seek to move the close of discovery (currently August 6, 2025), or the dispositive motion deadline

(September 8, 2025).

This stipulation is not meant for purposes of delay. Instead, it represents a professional courtesy.

DATED this 3rd day of June, 2025.

**SPENCER FANE, LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant USAA Casualty Insurance Company*

DATED this 3rd day of June, 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

/s/ Sarah DiSalvo
Christian M. Morris, Esq. (NV Bar No. 11218)
Sarah DiSalvo, Esq. (NV Bar No. 16398)
2250 Corporate Circle Suite 390
Henderson NV 89074

*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: June 4, 2025