CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@CMTrialAttorneys.com
Sarah@CMTrialAttorneys.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER RINGO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation, AUTO INJURY SOLUTIONS, INC., a foreign corporation; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-00013-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>**(FIRST REQUEST)** |

Plaintiff, HEATHER RINGO ("Plaintiff"), and Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to serve responses to Defendant's Third set of Requests for Production of Documents in the above-captioned matter.

The current deadline for Plaintiff to respond is June 5, 2025, and the parties agree to extend this deadline to July 8, 2025. This brief extension is requested to allow Plaintiff additional

1

time to prepare complete responses and to accommodate the parties' ongoing efforts to move discovery forward cooperatively.

This is the parties' first request to extend Plaintiff's deadline to respond to Defendant's written discovery. This stipulation is made in good faith and not for the purpose of delay.

DATED this 5th day of June 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

/s/ *Sarah DiSalvo*

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle Suite 390
Henderson NV 89074
*Attorney for Plaintiff*

DATED this 5th day of June 2025.

**SPENCER FANE, LLP**

/s/ *Mary Bacon*

MARY E. BACON, ESQ.
Nevada Bar No. 12686
JESSICA E. CHONG, ESQ.
Nevada Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant USAA Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date: June 5, 2025

2