CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@cmtalaw.com
Sarah@cmtalaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER RINGO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation, AUTO INJURY SOLUTIONS, INC., a foreign corporation; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-00013-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES TO PERMIT ADDITIONAL DISCOVERY CONCERNING THE PERSONNEL FILE, TRAINING, AND. CLAIMS-HANDLING PRACTICES OF THE SOLE CLAIMS EXAMINER**<br><br>**(SEVENTH REQUEST)** |

Plaintiff, HEATHER RINGO ("Plaintiff") and Defendant GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY ("Garrison" or "Defendant" and together with Plaintiff collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the discovery deadline by fourteen (14) days to allow permit additional discovery concerning the personnel file, training, and. claims-handling practices of claims examiner, Mara Kilpatrick. This is the seventh stipulation to extend discovery deadlines. The parties believe this will be their final request.

CHRISTIAN MORRIS TRIAL ATTORNEYS

2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

CHRISTIAN MORRIS TRIAL ATTORNEYS

2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

Plaintiff seeks Ms. Kilpatrick's personnel file because she was the USAA examiner who evaluated Plaintiff's UIM claim and Plaintiff believes information regarding her training, performance evaluations, and discipline (if any) is directly relevant to USAA's claim-handling practices and alleged bad faith. Defendant declined to produce the personnel file and instead proposed that Plaintiff obtain this information through 30(b)(6) testimony on March 3, 2026, which was unsuccessful. Defendant Garrison has objected due to privacy concerns, relevance objections, and the fact that Mara Kilpatrick previously testified she has only received positive performance reviews and has never been disciplined. The parties have attempted to—and are continuing to attempt to—resolve this issue without Court intervention, but need additional time.

A.    **DISCOVERY THAT HAS BEEN COMPLETED**

**Plaintiff**

1.    Plaintiff made initial disclosures on February 5, 2024.

2.    Plaintiff made her first supplemental disclosures on April 2, 2024.

3.    Plaintiff made her second supplemental disclosures on June 14, 2024.

4.    Plaintiff made her third supplemental disclosures on July 19, 2024.

5.    Plaintiff made her fourth supplemental disclosures on August 23, 2024.

6.    Plaintiff sent Defendant requests for production and interrogatories, and Defendant responded to that discovery.

7.    Plaintiff took the depositions of Mara Kilpatrick and Stephanie Zander.

8.    Plaintiff served initial expert disclosures on June 9, 2025.

9.    Plaintiff served rebuttal expert disclosures on July 17, 2025.

10.    Plaintiff has taken the deposition of all of Defendant's Expert Witnesses.

**Defendant**

1.    Defendant made initial disclosures on February 5, 2024.

2.    Defendant made its first supplemental disclosures on May 23, 2024.

3.    Defendant made its second supplemental disclosures on July 1, 2024.

4.    Defendant made its third supplemental disclosures on August 6, 2024.

5.    Defendant made its fourth supplemental disclosures on October 1, 2024.

DE 11155506.1

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

6.   Defendant made its fifth supplemental disclosures on October 4, 2024.

7.   Defendant subpoenaed approximately 20 Plaintiff's medical providers pharmacies.

8.   Defendant sent Plaintiff requests for admission, interrogatories and requests for production, and Plaintiff responded to that discovery.

9.   Defendant made its sixth supplemental disclosure on January 17, 2025.

10.   Defendant served amended responses to Plaintiff's interrogatories on January 29, 2025.

11.   Defendant scheduled and conducted an Independent Medical Examination of Plaintiff.

12.   Defendant took the deposition of Plaintiff Heather Ringo on April 4, 2025.

13.   Defendant served initial expert disclosures on June 9, 2025.

14.   Defendant served rebuttal expert discloses on July 17, 2025.

15.   Defendant has taken the deposition of all of Plaintiff's Expert Witnesses.

**B.    DISCOVERY REMAINING**

The parties are conferring regarding the production of Ms. Kilpatrick's personnel/employee file, including but not limited to performance evaluations, disciplinary records (if any), training records, etc.

**C.    REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY PRIOR DISCOVERY PLAN**

Plaintiff took Garrison's Rule 30(b)(6) deposition on March 3, 2026, but did not receive information regarding Ms. Kilpatrick's employment history, training, performance, prior complaints, discipline (or lack thereof). Since the March 3, 2026 deposition, the parties have been diligently conferring to determine whether Ms. Kilpatrick's employee file can be produced but have been unable to resolve the issue before the current discovery cutoff and requires an additional two weeks to continue to meet and confer on the issue, after which Plaintiff will file a motion to compel if the file is not produced.

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

Accordingly, the parties jointly request a fourteen (14) day extension of the current discovery deadlines to allow sufficient time for the parties to resolve the dispute regarding Ms. Kilpatrick's employee file, and, if necessary, brief and obtain the Court's ruling on any related Motion to Compel.

Good cause exists for this request, as the parties have been diligently conducting discovery and are working together in good faith to pursue a potential resolution. No party will be prejudiced by the requested extension, which is not sought for purposes of delay.

Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the close of discovery by 180 days for certain depositions, as outlined above.

**D.      PROPOSED SCHEDULE FOR COMPLETING REMAING DISCOVERY**

| Event | Current Deadline (ECF No. 72) | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosure | June 9, 2025 | EXPIRED |
| Rebuttal Expert Disclosure | July 1, 2025 | EXPIRED |
| Close of Discovery | March 13, 2026 | March 27, 2026 |
| Dispositive Motion | April 13, 2026 | April 27, 2026 |

**E.      CURRENT TRIAL DATE**

A trial date has not been set.

…

…

…

…

…

…

…

…

…

…

…

DE 11155506.1

This request is made in good faith and not for the purpose of delay.

DATED this 13th day of March 2026.

DATED this 13th day of March 2026.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

**SPENCER FANE, LLP**

/s/ *Sarah DiSalvo*

/s/ *Hannah Lee*

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle Suite 390
Henderson NV 89074
*Attorney for Plaintiff*

MARY E. BACON, ESQ.
Nevada Bar No. 12686
TAYLOR R. REEVES, Esq.
Nevada Bar No. 15987
HANNAH LEE, ESQ. (*Admitted Pro Hac Vice*)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada  89101
*Attorneys for Defendant USAA Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  March 16, 2026

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488