Mary E. Bacon, Esq.
NV Bar No. 12686
Taylor R. Reeves, Esq.
NV Bar No. 15987
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
        treeves@spencerfane.com
        hlee@spencerfane.com

*Attorneys for Garrison Property
and Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **HEATHER RINGO,** an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, a foreign corporation, DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00013-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant, Garrison Property and Casualty Insurance Company ("Garrison" or "Defendant") and Plaintiff Heather Ringo ("Ringo" or "Plaintiff and together with Garrison collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend time for Garrison to file its opposition to Plaintiff's Motion for Summary Judgment (ECF No. 78) from May 25, 2026 to June 8, 2026 and extend time for Plaintiff to file her opposition to Defendant's Motion for Summary Judgment from May 25, 2026 to June 8, 2026.  This is the first stipulation to extend time for Garrison to file its Opposition to Plaintiff's Motion and Plaintiff to file its Opposition to Defendant's Motion.

This extension is made in good faith and not meant for purposes of delay. Garrison's

counsel is balancing other filing deadlines along with lead trial counsel, Hannah Lee, recently leaving the firm, which required additional time for the responsive pleading.

DATED this 22nd day of May, 2026.

**SPENCER FANE, LLP**

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq. (NV Bar No. 12686)
Taylor R. Reeves, Esq. (NV Bar No. 15987)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada  89101
*Attorneys for Defendant USAA*
*Casualty Insurance Company*

DATED this 22nd day of May, 2026.

**CHRISTIAN     MORRIS     TRIAL ATTORNEYS**

*/s/ Sarah DiSalvo*
Christian M. Morris, Esq. (NV Bar No. 11218)
Sarah DiSalvo, Esq. (NV Bar No. 16398)
2250 Corporate Circle Suite 390
Henderson NV 89074

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: 5/26/2026

_____
JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

- 2 -